**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **CASEY REID JASPER** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. 6:15cv792** |
| | § | |
| **COMMISSIONER, SOCIAL** | § | |
| **SECURITY ADMINISTRATION** | § | |

**ORDER ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED
STATES MAGISTRATE JUDGE**

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the above-styled Social Security action be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration. No written objections have been filed. The findings and conclusions of the Magistrate Judge are, therefore, adopted as those of the Court. It is

**ORDERED** that the above-styled Social Security action is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the findings in the Report and Recommendation (ECF 26). It is further

**ORDERED** that any motion not previously ruled on is **DENIED**.

So ORDERED and SIGNED this 29th day of March, 2017.

_____
Ron Clark, United States District Judge